**Order entered March 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01327-CV

### MACARIO FLORES, Appellant

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05190-C**

## ORDER

Because the clerk's record has been filed, no reporter's record was requested, and our records reflect appellant is indigent, we conclude the supplemental clerk's record and verification concerning appellant's affidavit of indigence we requested by order entered February 4, 2014 are no longer necessary. We **ORDER** the appeal submitted without the reporter's record and further **ORDER** appellant to file his brief no later than April 27, 2014. *See* TEX. R. APP. P. 37.3(c).

/s/      ELIZABETH LANG-MIERS
         JUSTICE